DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar # 151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALLACE KAY CARPENTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-cr-00018 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | |
| ALLACE KAY CARPENTER, | Date: May 13, 2010 |
| Defendant. | Time: 8:45 a.m. |
| | Dept : Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for April 9, 2010, **may be continued to Thursday, May 13, 2010 at 8:45 a.m.**

This continuance is requested by the parties as they are attempting to reach consensus on a proposed plea agreement.  The parties are engaged in active negotiations regarding specific language in a proposed plea offer.  With or without a plea agreement, it is the defendant's intent to enter a guilty plea at the next court hearing.

///

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for further defense
3   preparation and plea negotiations pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: April 9, 2010     /s/ Mark Joseph McKeon
MARK JOSEPH McKEON
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: April 9, 2010     /s/ Rachel W. Hill
RACHEL W. HILL
Assistant Federal Defender
Attorney for Defendant
ALLACE KAY CARPENTER

**O R D E R**

**Granted.**   Time is excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   April 8, 2010**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE