1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHEL W. HILL, Bar # 151522
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ALLACE KAY CARPENTER

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No. 1:10-cr-00018 LJO
                                       )
12              Plaintiff,             )  STIPULATION TO CONTINUE STATUS
                                       )  CONFERENCE HEARING;
13      v.                             )  ORDER
                                       )
14  ALLACE KAY CARPENTER,              )  Date:  May 28, 2010
                                       )  Time:  8:45 a.m.
15              Defendant.             )  Dept : Hon. Lawrence J. O'Neill
    _____)

16

17       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18  attorneys of record herein, that the status conference hearing in the above-referenced action now

19  scheduled for May 13, 2010, **may be continued to May 28, 2010 at 8:45 a.m.**

20       This continuance is requested by the parties as AUSA, Mark McKeon, is presently in trial and

21  anticipates being in trial through the following week.  The parties are actively engaged in plea

22  negotiations and anticipate a resolution at the next hearing.  The parties agree that time should be

23  excluded through May 28, 2010 for further negotiations.

24  ///

25  ///

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice, including but not limited to, the need for the period of time set forth herein for further defense

3    preparation and plea negotiations pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B).

4

5                                                              BENJAMIN B. WAGNER
                                                               United States Attorney

6

7    DATED: May 5, 2010                                       /s/ Mark Joseph McKeon
                                                               MARK JOSEPH McKEON

8                                                              Assistant United States Attorney
                                                               Attorney for Plaintiff

9

10

11                                                             DANIEL J. BRODERICK
                                                               Federal Defender

12

13   DATED: May 5, 2010                                       /s/  Rachel W. Hill
                                                               RACHEL W. HILL

14                                                             Assistant Federal Defender
                                                               Attorney for Defendant

15                                                             ALLACE KAY CARPENTER

16

17                                       **O R D E R**

18    Time is excluded in the interests of justice pursuant to 18 U.S.C.

19   §§3161(h)(7)(A) and (B).  Good cause exists for the continuance.  The request is GRANTED.

20

21

22   IT IS SO ORDERED.

23   **Dated:    May 5, 2010**                          /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                    2