1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  RACHEL W. HILL, #151522
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ALLACE KAY CARPENTER

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   No. 1:10-CR-00018 LJO
                                     )
12            *Plaintiff*,           )   STIPULATION TO CONTINUE SENTENCING
                                     )   SCHEDULE AND HEARING;
13       v.                          )   ORDER
                                     )
14 ALLACE KAY CARPENTER,             )   Date:  September 24, 2010
                                     )   Time:  8:45 a.m.
15            *Defendant*.           )   Judge: Hon. Lawrence J. O'Neill
                                     )
16 _____   )

17

18         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel, MARK J. McKEON, Assistant United States Attorney, counsel for Plaintiff, and RACHEL

20 HILL, Assistant Federal Defender, counsel for Defendant, ALLACE KAY CARPENTER, that the

21 sentencing schedule in the above-referenced matter be revised as follows: Informal objections to the

22 Presentence Investigation Report shall be due September 3, 2010;  formal objections to the Presentence

23 Investigation Report shall be due September 10, 2010; and the sentencing hearing now scheduled for

24 August 27, 2010, shall be continued to September 24, 2010, at 8:45 a.m.

25         Defendant seeks this continuance for the following reasons.  Counsel for defendant has been out of

26 the office on medical leave and will be out for a couple of weeks.   At that time she will address the

27 sentencing issues in the presentence investigation report.  The defendant, ALLACE KAY CARPENTER,

28 requests that this sentencing hearing be continued so that her counsel can be available to represent her and

for continuity of counsel.

Exclusion of time to complete sentencing is not required.

Respectfully submitted,

LAWRENCE G. BROWN,
Acting United States Attorney

DATED: August 4, 2010                  /s/ Mark J. McKeon
                                       MARK J. McKEON
                                       Chief Assistant U.S. Attorney
                                       Attorney for Plaintiff


                                       DANIEL J. BRODERICK
                                       Federal Defender

DATED: August 4, 2010                  /s/ Francine Zepeda
                                       RACHEL W. HILL
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       Allace Kay Carpenter

**ORDER**

GOOD CAUSE EXISTS DUE TO MEDICAL CIRCUMSTANCES OF DEFENSE COUNSEL.

THE REQUEST IS GRANTED IN ITS ENTIRETY.

IT IS SO ORDERED.

**Dated:   August 4, 2010**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE